

**Meara Welch Browne, P.C.**
2020 West 89th Street, Suite 300
Leawood, Kansas  66206-1947
www.mwbpc.com
(816) 561-1400

September 20, 2019

<u>PERSONAL & CONFIDENTIAL</u>

Mr. Carl Folsom, III
Assistant Federal Public Defender
Office of the Federal Public Defender
District of Kansas
117 SW Sixth Ave., Suite 200
Topeka, KS 66603

     Re:  USA v. Ma Li Vanskike

Dear Mr. Folsom:

You have engaged us to analyze casino activity as reported by Harrah's Casino related to claims made by the United States Attorney in its Indictment of Ma Li Vanskike.   Specifically, the Indictment states, "In an attempt to conceal the illegal activity at the massage parlor, the defendant laundered over $1.13 million in cash proceeds between 2014 and 2018 at Harrah's Casino located in North Kansas City, Missouri."   The following summarizes the procedures we performed and our current findings to date.

In conducting this engagement, we performed the following procedures:

- We discussed the background of the case and requested scope of work with you.
- We reviewed the Sealed Indictment dated May 30, 2018, the Affidavit in Support of Seizure Warrants dated June 8, 2018 and various other documentation you provided related to the FBI investigation.
- We reviewed records from Harrah's North Kansas City, LLC for Ma Li Vanskike including reports entitled:
  - Patron Status
  - Yearly Information
  - Patron History – Games
  - Cumulative History – Games
  - Cumulative History – Slots
  - Table Ratings
  - Slot Ratings
  - Patron Jackpots
  - W2G
  - Play Detail Report

- o Table Play Detail Report
- o Slot Play Detail Report
- o Comp Detail Report
- o Hotel Detail Report
- o Transaction Detail Report
- We reviewed the Federal Grand Jury Information obtained from Sharon Spencer-Drew, Regulatory Compliance Manager at Harrah's Casino containing definitions related to data contained in Harrah's Casino Transaction Detail Reports ("Harrah's Report Definitions).
- We analyzed the data contained in the Harrah's Casino reports on a sample basis.

Based on our sampling analysis of the above information, we have formed the following conclusions to date. We determined that the aforementioned $1.13 million in cash proceeds as referenced in the Indictment is a simple addition of all "Cash Out" reported on the Transaction Detail Report. Based on our analysis described in the examples below, this figure is overstated, potentially significantly.

Redeemed Cash Vouchers – See Exhibit A
The Harrah's Report Definitions of data contained in the Transaction Detail Reports states, "'RCV' meant that a customer had 'Redeemed Cash Voucher,' which were generally rewards credits a customer earned based on amount of play." We verified many of the "RCV" amounts reported on the Transaction Detail Report to amounts reported on the Comp Detail Report and the "c_comp_desc" was reported as "Other" when compared to others that were listed as "Food" or "Room". This comparison confirmed the source of these funds is complimentary casino funds (cash vouchers). By definition, these dollars are sourced from Harrah's casino and thus, the alleged unlawful activity cannot be the source of these funds. Therefore, it is apparent that the alleged laundering amount of $1.13M is overstated by approximately $18,600.

Credit Card Advance – See Exhibit B
The Harrah's Report Definitions of data contained in the Transaction Detail Reports states, "'CCA' stood for 'Credit Card Advance'". By definition, these dollars are sourced from a third party credit card funding source and thus, the alleged unlawful activity cannot be the source of these funds. Therefore, it is apparent that the alleged laundering amount of $1.13M is overstated by more than $74,000.

Exact Cash Carryover – See Exhibit C
The Harrah's Report Definitions of data contained in the Transaction Detail Reports states, "'PC' stood for 'Purchased Chips' and 'RC' stood for 'Redeemed Chips'". A comparison of the date and amount of Redeemed Chips on the Transaction Detail Reports was made with the next consecutive transaction listed as Purchased Chips in the same report, and multiple instance were found in which the cash out exactly matched the next consecutive cash in. Therefore, it is apparent that the same funds cashed out were in turn being used to directly purchase chips to play again, clearly indicating duplication within the Cash Out reported on the Transaction Detail Reports. We also verified that the exact amount of cash out was cashed back in as reported in the Table Play and Table Play Buy In data reported on the Table Play Detail Report. Many of these transactions occurred within a very short time frame, often within just minutes; again indicating the use of the exact same funds

over and over again. Based on this duplication, it is apparent that the alleged laundering amount of $1.13M is overstated by nearly $19,000. It should be noted that if this parameter were expanded beyond an exact match to a similar, but less than amount of cash being played at the first table of a visit compared to redeeming chips from the visit just prior, the total amount of potential duplication is significantly increased. The next category includes one further illustration of this.

Similar Cash Carryover with Hotel Stay – See Exhibit D
As an expansion of the above illustration of duplication, we selected a sample of seven months to analyze when the cash played at the first table of a visit was similar, but less than the amount of redeemed chips cash out from the visit just prior within an eight hour period when there was also a corresponding overnight hotel stay. This scenario is another example of an apparent use of the same funds cashed out, in turn being used to directly play again, also indicating duplication within the Cash Out reported on the Transaction Detail Report. Based on this sampling of a seven month time period, a total of nearly $54,000 was identified as a similar cash carryover within an eight hour period while checked in at the casino's hotel. Extrapolating this amount over the thirty months of hotel visits and table play indicates a potential duplication of more than $231,000. Based on this potential duplication, it is apparent that the alleged laundering amount of $1.13M is overstated by at least $231,000.

Chip Carryover – See Exhibit E
Next, we analyzed the Table Play Detail and Transaction Detail Reports for evidence of chips being re-cycled, or re-used, through repeated game play. Specifically, we identified numerous transactions in the casino data where the chip value played at the first table of a visit was equal to or less than the chip value not cashed out (or redeemed) from the visit just prior, indicating duplication in the source of funds played. In order to identify instances where chips were kept "in hand" and re-played, we performed the following calculations:
- Sum of "Table Play Cash (Chips) Out" for the first visit (blue rows in exhibit example)
- Subtract the sum of "Table Play MWB Chips In" for the same visit (Table Play Buy In less Table Play Cash [In])
- Subtracting the sum of "Trx Dtl Cash Out" for the same visit, meaning chips were redeemed for cash
- Equals "MWB Chips in Hand"

The "MWB Chips in Hand" was then compared with the next Table Play's "MWB Chips In" (Table Play Buy In less Table Play Cash [In]) in an equal or somewhat lower amount to derive multiple examples of repeated use of the same chips as the source of gambling funds. Because it can be confirmed within the Harrah's Casino data that chips were being regularly re-used, it stands to reason that Ms. Vanskike followed the same practice with cash as with chips. This is yet another illustration of how the alleged laundering amount of $1.13M is overstated.

Time Spent at Casino – Exhibit F
Finally, we also analyzed the amount of time Ms. Vanskike spent at Harrah's Casino over the subject time period. We noted that the results of this analysis indicate that Ms. Vanskike does not fit the typical profile of someone attempting to launder money through a casino which is usually in short visits with almost immediate cashing out in a similar amount. Instead, with average play time per day of up to eleven hours and being checked into the casino hotel up to 69% of the year, it is

apparent that Ms. Vanskike better fits the profile of someone with affection for gambling, or even a gambling addict. Further, FBI Special Agent Ashley Davis' Affidavit in Support of Seizure Warrants dated June 4, 2018 paragraph 104 lists various amounts of "reported winnings" of Ms. Vanskike from 2014 through 2018. It should be noted that the statement that Ms. Vanskike had "reported winnings" is incorrect. Instead, these amounts are reported on Harrah's own internal reports "Yearly Information" and "Cumulative History-Games," and are actually the winnings of the casino itself, and thus represent money Ms. Vanskike *lost* gambling at the casino. These winnings to the "house" and losses to Ms. Vanskike can be confirmed by an analysis of the transaction detail reported on Harrah's Table Play Detail reports. This error made by the FBI also illustrates that these losses incurred by Ms. Vanskike do not fit the profile of money laundering, but again, is more fitting of the profile of someone with affection for gambling, or even a gambling addict.

In summary, based on the above analysis, it is our opinion that it is incorrect to simply equate total "cash out" with alleged laundered cash proceeds, and the aforementioned alleged $1.13 million is significantly overstated.

Very truly yours,

MEARA WELCH BROWNE, P.C.

Steve W. Browne, CPA, ABV, CITP, CFE, CISA, CFF

SWB:sld

**EXHIBIT A**

| Redeemed Cash Voucher | | | |
|---|---|---|---|
| **Transaction Date** | **Transaction Type** | **Cash In** | **Cash Out** |
| Mar 22 2015  06:08 AM | RCV | $        - | $         10 |
| Apr 27 2015  09:19 PM | RCV | $        - | $         45 |
| Jul 26 2015  06:52 PM | RCV | $        - | $        100 |
| Jul 31 2015  12:19 PM | RCV | $        - | $         10 |
| Aug 01 2015  05:35 PM | RCV | $        - | $         80 |
| Aug 06 2015  05:40 PM | RCV | $        - | $         70 |
| Aug 07 2015  08:20 PM | RCV | $        - | $         30 |
| Aug 13 2015  06:14 PM | RCV | $        - | $         45 |
| Aug 14 2015  08:48 PM | RCV | $        - | $         70 |
| Aug 19 2015  12:00 PM | RCV | $        - | $         10 |
| Aug 19 2015  09:45 PM | RCV | $        - | $         30 |
| Aug 21 2015  12:00 PM | RCV | $        - | $         10 |
| Aug 23 2015  05:00 PM | RCV | $        - | $         96 |
| Aug 27 2015  07:04 PM | RCV | $        - | $         80 |
| Aug 29 2015  10:21 PM | RCV | $        - | $         76 |
| Sep 02 2015  12:00 PM | RCV | $        - | $         20 |
| Sep 02 2015  05:50 PM | RCV | $        - | $         50 |
| Sep 04 2015  09:29 PM | RCV | $        - | $        170 |
| Sep 07 2015  02:12 PM | RCV | $        - | $        153 |
| Sep 10 2015  03:37 AM | RCV | $        - | $         30 |
| Sep 11 2015  12:00 PM | RCV | $        - | $         30 |
| Sep 11 2015  05:27 PM | RCV | $        - | $         45 |
| Oct 23 2015  10:46 PM | RCV | $        - | $        169 |
| Oct 23 2015  10:47 PM | RCV | $        - | $        500 |
| Oct 31 2015  09:30 PM | RCV | $        - | $         90 |
| Nov 07 2015  12:00 PM | RCV | $        - | $         10 |
| Nov 15 2015  03:58 PM | RCV | $        - | $         45 |
| Nov 18 2015  05:50 PM | RCV | $        - | $         42 |
| Nov 22 2015  09:56 AM | RCV | $        - | $         30 |
| Nov 29 2015  12:00 PM | RCV | $        - | $         20 |
| Dec 04 2015  12:00 PM | RCV | $        - | $        300 |
| Dec 04 2015  12:17 PM | RCV | $        - | $         40 |
| Dec 12 2015  06:07 PM | RCV | $        - | $         38 |
| Dec 20 2015  05:52 PM | RCV | $        - | $         15 |
| Dec 26 2015  02:40 PM | RCV | $        - | $         15 |
| Jan 01 2016  12:00 PM | RCV | $        - | $         36 |
| Jan 08 2016  08:35 AM | RCV | $        - | $         47 |
| Jan 17 2016  03:10 PM | RCV | $        - | $         80 |
| Jan 23 2016  12:00 PM | RCV | $        - | $        332 |
| Jan 31 2016  12:00 PM | RCV | $        - | $         56 |
| Feb 07 2016  09:52 AM | RCV | $        - | $         30 |
| Feb 14 2016  11:47 PM | RCV | $        - | $         40 |

| Date | Time | Type | | | | Amount |
|------|------|------|---|---|---|--------|
| Feb 21 2016 | 05:40 PM | RCV | $ | - | $ | 25 |
| Feb 28 2016 | 01:55 PM | RCV | $ | - | $ | 198 |
| Mar 05 2016 | 08:49 PM | RCV | $ | - | $ | 27 |
| Mar 11 2016 | 09:27 AM | RCV | $ | - | $ | 173 |
| Mar 17 2016 | 10:20 PM | RCV | $ | - | $ | 120 |
| Mar 30 2016 | 06:12 AM | RCV | $ | - | $ | 295 |
| Apr 04 2016 | 09:04 AM | RCV | $ | - | $ | 43 |
| Apr 04 2016 | 12:00 PM | RCV | $ | - | $ | 73 |
| Apr 09 2016 | 07:00 PM | RCV | $ | - | $ | 400 |
| Apr 16 2016 | 11:11 PM | RCV | $ | - | $ | 205 |
| Apr 23 2016 | 08:38 PM | RCV | $ | - | $ | 198 |
| Apr 30 2016 | 07:30 PM | RCV | $ | - | $ | 208 |
| May 04 2016 | 05:09 PM | RCV | $ | - | $ | 69 |
| May 09 2016 | 11:37 AM | RCV | $ | - | $ | 68 |
| May 13 2016 | 11:16 PM | RCV | $ | - | $ | 92 |
| May 21 2016 | 06:20 PM | RCV | $ | - | $ | 376 |
| May 28 2016 | 08:34 PM | RCV | $ | - | $ | 138 |
| Jun 03 2016 | 12:00 PM | RCV | $ | - | $ | 123 |
| Jun 04 2016 | 12:01 PM | RCV | $ | - | $ | 87 |
| Jun 11 2016 | 02:53 PM | RCV | $ | - | $ | 321 |
| Jun 16 2016 | 04:58 PM | RCV | $ | - | $ | 58 |
| Jun 25 2016 | 10:33 PM | RCV | $ | - | $ | 383 |
| Jul 04 2016 | 04:56 AM | RCV | $ | - | $ | 20 |
| Jul 07 2016 | 10:37 PM | RCV | $ | - | $ | 360 |
| Jul 13 2016 | 05:30 PM | RCV | $ | - | $ | 100 |
| Jul 15 2016 | 11:41 PM | RCV | $ | - | $ | 330 |
| Jul 25 2016 | 12:00 PM | RCV | $ | - | $ | 227 |
| Aug 01 2016 | 06:33 AM | RCV | $ | - | $ | 280 |
| Aug 09 2016 | 12:00 PM | RCV | $ | - | $ | 206 |
| Aug 10 2016 | 02:19 PM | RCV | $ | - | $ | 500 |
| Aug 15 2016 | 02:25 PM | RCV | $ | - | $ | 130 |
| Aug 22 2016 | 12:46 PM | RCV | $ | - | $ | 120 |
| Aug 24 2016 | 07:19 PM | RCV | $ | - | $ | 150 |
| Aug 25 2016 | 11:49 AM | RCV | $ | - | $ | 150 |
| Aug 29 2016 | 06:03 AM | RCV | $ | - | $ | 41 |
| Aug 31 2016 | 12:12 PM | RCV | $ | - | $ | 150 |
| Sep 06 2016 | 02:13 PM | RCV | $ | - | $ | 100 |
| Sep 11 2016 | 10:31 AM | RCV | $ | - | $ | 380 |
| Sep 28 2016 | 12:00 PM | RCV | $ | - | $ | 250 |
| Oct 04 2016 | 03:45 PM | RCV | $ | - | $ | 40 |
| Oct 09 2016 | 08:10 PM | RCV | $ | - | $ | 40 |
| Oct 16 2016 | 07:30 PM | RCV | $ | - | $ | 200 |
| Oct 18 2016 | 02:50 PM | RCV | $ | - | $ | 200 |
| Oct 19 2016 | 05:33 AM | RCV | $ | - | $ | 70 |
| Oct 22 2016 | 04:26 PM | RCV | $ | - | $ | 180 |

| Date | Time | Type | | | | Amount |
|---|---|---|---|---|---|---|
| Oct 23 2016 | 12:00 PM | RCV | $ | - | $ | 180 |
| Oct 29 2016 | 05:56 PM | RCV | $ | - | $ | 100 |
| Nov 05 2016 | 02:37 PM | RCV | $ | - | $ | 200 |
| Nov 06 2016 | 12:00 PM | RCV | $ | - | $ | 80 |
| Nov 08 2016 | 12:40 PM | RCV | $ | - | $ | 40 |
| Nov 12 2016 | 07:21 PM | RCV | $ | - | $ | 100 |
| Nov 20 2016 | 12:03 PM | RCV | $ | - | $ | 100 |
| Nov 22 2016 | 05:19 PM | RCV | $ | - | $ | 130 |
| Dec 05 2016 | 12:00 PM | RCV | $ | - | $ | 100 |
| Dec 09 2016 | 09:13 PM | RCV | $ | - | $ | 200 |
| Dec 10 2016 | 06:51 PM | RCV | $ | - | $ | 200 |
| Dec 16 2016 | 07:25 PM | RCV | $ | - | $ | 120 |
| Dec 16 2016 | 07:26 PM | RCV | $ | - | $ | 120 |
| Dec 18 2016 | 06:46 PM | RCV | $ | - | $ | 100 |
| Dec 20 2016 | 01:47 PM | RCV | $ | - | $ | 136 |
| Dec 30 2016 | 12:00 PM | RCV | $ | - | $ | 500 |
| Jan 03 2017 | 03:29 PM | RCV | $ | - | $ | 100 |
| Jan 10 2017 | 12:31 PM | RCV | $ | - | $ | 150 |
| Jan 17 2017 | 04:29 PM | RCV | $ | - | $ | 120 |
| Jan 23 2017 | 06:15 AM | RCV | $ | - | $ | 250 |
| Jan 30 2017 | 05:06 PM | RCV | $ | - | $ | 75 |
| Jan 30 2017 | 09:18 PM | RCV | $ | - | $ | 200 |
| Feb 04 2017 | 09:12 PM | RCV | $ | - | $ | 200 |
| Feb 11 2017 | 11:34 PM | RCV | $ | - | $ | 200 |
| Feb 13 2017 | 12:02 AM | RCV | $ | - | $ | 200 |
| Feb 13 2017 | 11:28 AM | RCV | $ | - | $ | 200 |
| Feb 21 2017 | 12:00 PM | RCV | $ | - | $ | 270 |
| Feb 22 2017 | 02:23 PM | RCV | $ | - | $ | 270 |
| Mar 07 2017 | 11:18 AM | RCV | $ | - | $ | 280 |
| Mar 26 2017 | 12:03 PM | RCV | $ | - | $ | 120 |
| Mar 27 2017 | 11:12 AM | RCV | $ | - | $ | 120 |
| Apr 11 2017 | 08:34 AM | RCV | $ | - | $ | 270 |
| Apr 19 2017 | 12:07 PM | RCV | $ | - | $ | 90 |
| Apr 27 2017 | 08:25 AM | RCV | $ | - | $ | 210 |
| Apr 27 2017 | 12:00 PM | RCV | $ | - | $ | 210 |
| May 05 2017 | 10:13 PM | RCV | $ | - | $ | 200 |
| May 14 2017 | 12:18 PM | RCV | $ | - | $ | 200 |
| May 21 2017 | 11:44 PM | RCV | $ | - | $ | 120 |
| Jun 15 2017 | 05:58 PM | RCV | $ | - | $ | 300 |
| Jun 18 2017 | 12:18 PM | RCV | $ | - | $ | 70 |
| Jul 05 2017 | 05:51 PM | RCV | $ | - | $ | 350 |
| Jul 22 2017 | 12:02 PM | RCV | $ | - | $ | 300 |
| | | | Total: | | $ | 18,580 |

Source:
Harrah's Casino "Transaction Detail Report" and "Comp Detail Report"

**EXHIBIT B**

| Credit Card Advance | | | |
|---|---|---|---|
| **Transaction Date** | **Transaction Type** | **Cash In** | **Cash Out** |
| Sep 21 2014  05:28 AM | CCA | $         - | $         500 |
| Sep 21 2014  05:29 AM | CCA | $         - | $         500 |
| Sep 21 2014  08:09 AM | CCA | $         - | $         500 |
| Nov 28 2014  08:49 PM | CCA | $         - | $      1,000 |
| Jan 04 2015  03:16 PM | CCA | $         - | $      1,000 |
| Jan 04 2015  03:17 PM | CCA | $         - | $      1,000 |
| Jan 15 2015  11:37 PM | CCA | $         - | $         700 |
| Jan 18 2015  03:07 AM | CCA | $         - | $      1,000 |
| Jan 25 2015  06:21 PM | CCA | $         - | $      1,000 |
| Mar 01 2015  06:18 AM | CCA | $         - | $      1,000 |
| Mar 15 2015  01:55 PM | CCA | $         - | $         700 |
| Mar 15 2015  10:39 PM | CCA | $         - | $         500 |
| Mar 15 2015  10:40 PM | CCA | $         - | $         500 |
| Mar 29 2015  12:47 PM | CCA | $         - | $         500 |
| Mar 29 2015  12:48 PM | CCA | $         - | $         500 |
| Sep 03 2015  12:11 AM | CCA | $         - | $         900 |
| Sep 05 2015  03:10 AM | CCA | $         - | $      3,000 |
| Sep 06 2015  11:49 PM | CCA | $         - | $         900 |
| Sep 07 2015  02:04 PM | CCA | $         - | $         500 |
| Sep 07 2015  02:05 PM | CCA | $         - | $         500 |
| Sep 11 2015  11:47 PM | CCA | $         - | $         500 |
| Sep 11 2015  11:49 PM | CCA | $         - | $         500 |
| Sep 12 2015  06:04 AM | CCA | $         - | $         300 |
| Nov 01 2015  03:17 AM | CCA | $         - | $      1,500 |
| Nov 22 2015  03:43 AM | CCA | $         - | $      1,500 |
| Dec 05 2015  09:27 AM | CCA | $         - | $         300 |
| Dec 28 2015  12:07 AM | CCA | $         - | $      1,000 |
| Dec 28 2015  12:10 AM | CCA | $         - | $      1,000 |
| Jan 01 2016  12:48 PM | CCA | $         - | $      1,000 |
| Jan 02 2016  04:23 AM | CCA | $         - | $         500 |
| Feb 28 2016  02:17 PM | CCA | $         - | $      1,000 |
| Mar 20 2016  06:59 AM | CCA | $         - | $         500 |
| May 01 2016  11:33 AM | CCA | $         - | $      1,000 |
| May 01 2016  09:01 PM | CCA | $         - | $      1,000 |
| May 05 2016  05:45 AM | CCA | $         - | $      1,500 |
| Jun 03 2016  07:33 AM | CCA | $         - | $      1,000 |
| Jun 03 2016  09:27 AM | CCA | $         - | $      1,000 |
| Jun 20 2016  11:12 PM | CCA | $         - | $      1,600 |
| Jul 14 2016  09:51 AM | CCA | $         - | $      1,000 |
| Aug 09 2016  03:29 PM | CCA | $         - | $      1,000 |
| Aug 09 2016  03:32 PM | CCA | $         - | $      1,000 |
| Sep 11 2016  09:57 PM | CCA | $         - | $      1,000 |

| Date | Time | Type | | | Amount |
|---|---|---|---|---|---|
| Oct 24 2016 | 04:10 AM | CCA | $ | - $ | 3,000 |
| Nov 19 2016 | 09:16 PM | CCA | $ | - $ | 2,000 |
| Nov 22 2016 | 04:46 AM | CCA | $ | - $ | 2,000 |
| Nov 25 2016 | 07:38 AM | CCA | $ | - $ | 2,000 |
| Nov 25 2016 | 09:06 PM | CCA | $ | - $ | 500 |
| Nov 27 2016 | 06:44 PM | CCA | $ | - $ | 2,000 |
| Dec 12 2016 | 04:29 PM | CCA | $ | - $ | 3,000 |
| Jan 16 2017 | 06:37 PM | CCA | $ | - $ | 400 |
| Feb 06 2017 | 02:15 PM | CCA | $ | - $ | 2,000 |
| Feb 06 2017 | 09:13 PM | CCA | $ | - $ | 1,000 |
| Feb 06 2017 | 09:15 PM | CCA | $ | - $ | 1,000 |
| Feb 20 2017 | 09:43 PM | CCA | $ | - $ | 1,000 |
| Feb 21 2017 | 03:32 AM | CCA | $ | - $ | 1,000 |
| Feb 21 2017 | 04:27 AM | CCA | $ | - $ | 1,000 |
| Feb 21 2017 | 04:29 AM | CCA | $ | - $ | 1,000 |
| Feb 21 2017 | 03:39 PM | CCA | $ | - $ | 1,000 |
| Mar 26 2017 | 11:24 PM | CCA | $ | - $ | 2,000 |
| Mar 26 2017 | 11:26 PM | CCA | $ | - $ | 2,000 |
| Apr 28 2017 | 03:48 AM | CCA | $ | - $ | 2,000 |
| Apr 28 2017 | 03:50 AM | CCA | $ | - $ | 2,000 |
| May 14 2017 | 07:15 AM | CCA | $ | - $ | 1,500 |
| May 15 2017 | 12:18 PM | CCA | $ | - $ | 1,000 |
| Jun 17 2017 | 12:26 PM | CCA | $ | - $ | 500 |
| Jun 17 2017 | 08:41 PM | CCA | $ | - $ | 1,000 |
| Jun 17 2017 | 08:43 PM | CCA | $ | - $ | 1,000 |
| Jul 23 2017 | 01:39 PM | CCA | $ | - $ | 500 |
| Sep 07 2017 | 05:25 PM | CCA | $ | - $ | 1,000 |
| Oct 14 2017 | 06:56 PM | CCA | $ | - $ | 2,000 |
| Oct 17 2017 | 01:47 PM | CCA | $ | - $ | 1,000 |
| Oct 17 2017 | 01:48 PM | CCA | $ | - $ | 1,000 |
| Oct 17 2017 | 11:19 PM | CCA | $ | - $ | 2,000 |
| Nov 19 2017 | 04:56 PM | CCA | $ | - $ | 1,000 |
| Dec 17 2017 | 12:14 PM | CCA | $ | - $ | 500 |
| Dec 17 2017 | 06:56 PM | CCA | $ | - $ | 500 |
| Dec 24 2017 | 04:54 AM | CCA | $ | - $ | 1,000 |
| Dec 24 2017 | 08:31 AM | CCA | $ | - $ | 1,000 |
| Jan 28 2018 | 11:21 PM | CCA | $ | - $ | 500 |
| Jan 28 2018 | 11:22 PM | CCA | $ | - $ | 500 |
| Feb 03 2018 | 12:53 AM | CCA | $ | - $ | 500 |
| Feb 03 2018 | 12:54 AM | CCA | $ | - $ | 500 |
| Apr 02 2018 | 03:32 AM | CCA | $ | - $ | 600 |
| Apr 02 2018 | 03:35 AM | CCA | $ | - $ | 600 |
| May 07 2018 | 01:48 AM | CCA | $ | - $ | 1,000 |
| May 07 2018 | 01:50 AM | CCA | $ | - $ | 1,000 |
| May 19 2018 | 12:23 AM | CCA | $ | - $ | 1,000 |

| | | | | | | |
|---|---|---|---|---|---|---|
| May 19 2018 | 12:25 AM | CCA | $ | - | $ | 1,000 |
| May 27 2018 | 01:31 PM | CCA | $ | - | $ | 300 |
| May 27 2018 | 02:00 PM | CCA | $ | - | $ | 500 |
| May 27 2018 | 02:52 PM | CCA | $ | - | $ | 1,000 |
| | | | Total: | | $ | 74,300 |

Source:
Harrah's Casino "Transaction Detail Report"

**EXHIBIT C**

## Exact Cash Carryover

| Table Play Trx *(Start)* Date | Table Play Rating End Date | Table Play Rating Start Time | Table Play Rating End Time | Table Play Cash (In) | Table Play Buy In | Trx Dtl Cash In | Trx Dtl Cash Out |
|---|---|---|---|---|---|---|---|
| | Jun 05 2016 | Trx Dtl - RC | 4:58 PM | | | | $ 3,000 |
| Jun 05 2016 | Jun 05 2016 | 5:12 PM | 5:39 PM | 3000 | 3000 | $ 3,000 | |
| | Dec 04 2016 | Trx Dtl - RC | 8:51 PM | | | | $ 2,000 |
| Dec 04 2016 | Dec 04 2016 | 9:03 PM | 11:10 PM | 2000 | 2000 | $ 2,000 | |
| | Feb 19 2017 | Trx Dtl - RC | 11:12 PM | | | | $ 2,000 |
| Feb 19 2017 | Feb 19 2017 | 11:13 PM | 11:14 PM | 2000 | 2000 | $ 2,000 | |
| | Mar 19 2017 | Trx Dtl - RC | 2:51 AM | | | | $ 2,000 |
| Mar 19 2017 | Mar 19 2017 | 11:40 AM | 1:09 PM | 2000 | 2000 | $ 2,000 | |
| | Jun 15 2017 | Trx Dtl - RC | 8:50 PM | | | | $ 2,000 |
| Jun 15 2017 | Jun 15 2017 | 9:00 PM | 11:55 PM | 2000 | 2000 | $ 2,000 | |
| | Jul 10 2017 | Trx Dtl - RC | 2:07 AM | | | | $ 2,000 |
| Jul 11 2017 | Jul 11 2017 | 10:06 PM | 11:44 PM | 2000 | 2000 | $ 2,000 | |
| | Nov 19 2017 | Trx Dtl - RC | 8:55 AM | | | | $ 3,700 |
| Nov 19 2017 | Nov 19 2017 | 1:35 PM | 3:34 PM | 3700 | 3700 | $ 3,700 | |
| | May 22 2018 | Trx Dtl - RC | 9:45 AM | | | | $ 2,000 |
| May 22 2018 | May 22 2018 | 4:40 PM | 5:22 PM | 2000 | 2000 | $ 2,000 | |
| | | | | | Total | $ 18,700 | $ 18,700 |

Source:
Harrah's Casino "Transaction Detail Report" and "Table Play Detail Report"

**EXHIBIT D**

# Similar Cash Carryover with Hotel Stay
## Selected Examples

| Table Play Trx *(Start)* Date | Table Play Rating End Date | Table Play Rating Start Time | Table Play Rating End Time | Table Play Cash (In) | Trx Dtl Cash In | Trx Dtl Cash Out | Hotel Check In Date | Hotel Checkout Date |
|---|---|---|---|---|---|---|---|---|
| | Dec 10 2016 | Trx Dtl - RC | 6:49 PM | | | $ 2,675 | Dec 09 2016 | Dec 15 2016 |
| Dec 10 2016 | Dec 10 2016 | 8:33 PM | 10:53 PM | 2000 | $ 2,000 | | | Dec 09 2016 | Dec 15 2016 |

| Table Play Trx *(Start)* Date | Table Play Rating End Date | Table Play Rating Start Time | Table Play Rating End Time | Table Play Cash (In) | Trx Dtl Cash In | Trx Dtl Cash Out | Hotel Check In Date | Hotel Checkout Date |
|---|---|---|---|---|---|---|---|---|
| | Oct 19 2016 | Trx Dtl - RC | 5:32 AM | | | $ 2,150 | Oct 16 2016 | Oct 21 2016 |
| Oct 19 2016 | Oct 19 2016 | 11:44 AM | 12:20 PM | 2000 | $ 2,000 | | Oct 16 2016 | Oct 21 2016 |

| Table Play Trx *(Start)* Date | Table Play Rating End Date | Table Play Rating Start Time | Table Play Rating End Time | Table Play Cash (In) | Trx Dtl Cash In | Trx Dtl Cash Out | Hotel Check In Date | Hotel Checkout Date |
|---|---|---|---|---|---|---|---|---|
| | Oct 19 2016 | Trx Dtl - RC | 1:37 PM | | | $ 3,975 | Oct 16 2016 | Oct 21 2016 |
| Oct 19 2016 | Oct 19 2016 | 7:46 PM | 8:22 PM | 2000 | $ 2,000 | | Oct 16 2016 | Oct 21 2016 |

| Table Play Trx *(Start)* Date | Table Play Rating End Date | Table Play Rating Start Time | Table Play Rating End Time | Table Play Cash (In) | Trx Dtl Cash In | Trx Dtl Cash Out | Hotel Check In Date | Hotel Checkout Date |
|---|---|---|---|---|---|---|---|---|
| | Sep 20 2016 | Trx Dtl - RC | 4:53 AM | | | $ 3,475 | Sep 10 2016 | Sep 27 2016 |
| Sep 20 2016 | Sep 20 2016 | 1:20 PM | 2:16 PM | 3000 | $ 3,000 | | Sep 10 2016 | Sep 27 2016 |

Source:
Harrah's Casino "Transaction Detail Report," "Table Play Detail Report" and "Hotel Detail Report"

**EXHIBIT E**

# Chip Carryover
## Selected Examples

| Table Play Trx *(Start)* Date | Table Play Rating End Date | Table Play Rating Start Time | Table Play Rating End Time | Table Play Cash (In) | *Table Play MWB Chips In* | Table Play Buy In | Table Play Cash (Chips) Out | MWB Chips in Hand | Trx Dtl Cash Out | Hotel Check In Date | Hotel Checkout Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Nov 18 2016 | Nov 18 2016 | 8:26 PM | 8:58 PM | 2000 | 0 | 2000 | 2000 | 2000 | $ - | Nov 18 2016 | Nov 24 2016 |
| Nov 18 2016 | Nov 19 2016 | 11:21 PM | 3:04 AM | 5000 | 2000 | 7000 | 3000 | 3000 | | Nov 18 2016 | Nov 24 2016 |

| Table Play Trx *(Start)* Date | Table Play Rating End Date | Table Play Rating Start Time | Table Play Rating End Time | Table Play Cash (In) | *Table Play MWB Chips In* | Table Play Buy In | Table Play Cash (Chips) Out | MWB Chips in Hand | Trx Dtl Cash Out | Hotel Check In Date | Hotel Checkout Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan 21 2018 | Jan 21 2018 | 8:54 PM | 9:26 PM | 1700 | 0 | 1700 | 1700 | 1700 | | Jan 20 2018 | Jan 25 2018 |
| Jan 21 2018 | Jan 21 2018 | 9:26 PM | 10:30 PM | 0 | 1700 | 1700 | 2000 | 2000 | | Jan 20 2018 | Jan 25 2018 |
| Jan 22 2018 | Jan 22 2018 | 2:46 AM | 4:03 AM | 0 | 1100 | 1100 | 0 | 0 | | Jan 20 2018 | Jan 25 2018 |

| Table Play Trx *(Start)* Date | Table Play Rating End Date | Table Play Rating Start Time | Table Play Rating End Time | Table Play Cash (In) | *Table Play MWB Chips In* | Table Play Buy In | Table Play Cash (Chips) Out | MWB Chips in Hand | Trx Dtl Cash Out | Hotel Check In Date | Hotel Checkout Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Nov 13 2016 | Nov 13 2016 | 10:39 AM | 2:30 PM | 2000 | 0 | 2000 | 2275 | 2275 | $ - | Nov 12 2016 | Nov 16 2016 |
| Nov 13 2016 | Nov 14 2016 | 9:38 PM | 2:24 AM | 2000 | 1000 | 3000 | 2900 | 2900 | | Nov 12 2016 | Nov 16 2016 |

| Table Play Trx *(Start)* Date | Table Play Rating End Date | Table Play Rating Start Time | Table Play Rating End Time | Table Play Cash (In) | *Table Play MWB Chips In* | Table Play Buy In | Table Play Cash (Chips) Out | MWB Chips in Hand | Trx Dtl Cash Out | Hotel Check In Date | Hotel Checkout Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jul 02 2016 | Jul 02 2016 | 9:27 PM | 10:08 PM | 2000 | 0 | 2000 | 0 | 0 | | Jul 02 2016 | Jul 12 2016 |
| Jul 02 2016 | Jul 03 2016 | 10:09 PM | 2:16 AM | 2000 | 0 | 2000 | 3000 | 3000 | | Jul 02 2016 | Jul 12 2016 |
| Jul 03 2016 | Jul 03 2016 | 1:58 AM | 4:08 AM | 0 | 1500 | 1500 | 245 | 1745 | | Jul 02 2016 | Jul 12 2016 |
| Jul 03 2016 | Jul 03 2016 | 4:09 AM | 7:58 AM | 5000 | 1000 | 6000 | 7000 | 7745 | | Jul 02 2016 | Jul 12 2016 |
| Jul 03 2016 | Jul 03 2016 | 8:04 AM | 9:45 AM | 0 | 1000 | 1000 | 700 | 7445 | | Jul 02 2016 | Jul 12 2016 |
| Jul 03 2016 | Jul 03 2016 | 9:45 AM | 9:46 AM | 0 | 700 | 700 | 2200 | 8945 | | Jul 02 2016 | Jul 12 2016 |
| | Jul 03 2016 | 9:48 AM | 10:34 AM | 0 | 1000 | 1000 | 3500 | 11445 | | Jul 02 2016 | Jul 12 2016 |
| | Jul 03 2016 | Trx Dtl - RC | 10:26 AM | | | | | 2570 | $ 8,875 | Jul 02 2016 | Jul 12 2016 |
| Jul 03 2016 | Jul 04 2016 | 10:21 PM | 4:56 AM | 5000 | 1000 | 6000 | 6500 | 6500 | | Jul 02 2016 | Jul 12 2016 |

Source:
Harrah's Casino "Transaction Detail Report" and "Table Play Detail Report"

**EXHIBIT F**

**Time Spent at Casino**

| Year | Avg Hours Per Day Playing at Tables | % of Year Playing at Tables | # Days in Year |
|------|------|------|------|
| 2014 | 1.6 | 7% | 125 |
| 2015 | 3.3 | 14% | 365 |
| 2016 | 4.1 | 17% | 366 |
| 2017 | 4.1 | 17% | 365 |
| 2018 | 4.8 | 20% | 148 |

| Year | Avg Hours Per Day Playing at Tables (Casino Visit Days Only) | % of Year Playing at Tables | # Casino Visit Days in Year |
|------|------|------|------|
| 2014 | 9.5 | 40% | 21 |
| 2015 | 8.8 | 37% | 138 |
| 2016 | 8.8 | 37% | 169 |
| 2017 | 9.6 | 40% | 155 |
| 2018 | 11.0 | 46% | 65 |

| Year | % of Nights Spent In Hotel | # Nights in Year |
|------|------|------|
| 2015 | 58% | 52 |
| 2016 | 69% | 366 |
| 2017 | 54% | 365 |
| 2018 | 37% | 148 |

Source:
Harrah's Casino "Table Play Detail Report" and "Hotel Detail Report"